CURTIS C. WAYLAND, as Executor of WILLIAM H. BUNDICK, Deceased, Respondent, *v.* JULIUS H. STRAUSS, Appellant.

*Bundick* v. *Strauss*, 51 App. Div. 612, appeal dismissed.
(Argued January 31, 1902; decided February 11, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered upon an order made April 30, 1900, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*David Steckler* and *Michael Jacobs* for appellant.

*Herbert T. Ketcham* for respondent.

Appeal dismissed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, MARTIN, VANN, CULLEN and WERNER, JJ.

---

THE COLUMBIA MUTUAL BUILDING AND LOAN ASSOCIATION OF NEW YORK, Appellant, *v.* JACOB A. MITTNACHT, as Substituted Trustee under the Will of FRANCES A. CROFT, Deceased, Respondent, Impleaded with Others.

*Columbia Mut. Bldg. Assn.* v. *Mittnacht,* 62 App. Div. 425, appeal dismissed.
(Argued February 10, 1902; decided February 11, 1902.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered June 20, 1901, which vacated and set aside an order of Special Term amending a final decree in an action of foreclosure entered upon a decision of the court on trial at Special Term.

*Henry Parsons* and *John H. Stoutenburgh* for appellant.

*William G. Bussey* for respondent.

Appeal dismissed, with costs.